```
BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>2006 HAULMARK FEATHERLITE TRANSPORT DLX TRAILER, VIN: 16HGB18236U046824, CALIFORNIA LICENSE NO: 4GK3664,<br><br>2006 HAULMARK FEATHERLITE TRANSPORT DLX TRAILER, VIN: 16HGB18206U049373, CALIFORNIA LICENSE NO: 4GU3031, and<br><br>2004 TOYOTA TACOMA SR5 TRUCK, VIN: 5TEWN72N04Z464442, CALIFORNIA LICENSE NO: 7P49605,<br><br>　　　　Defendants. | 2:09-cv-02926 FCD DAD<br><br>STIPULATION AND ORDER TO EXTEND STAY<br><br>DATE: N/A<br>TIME: N/A<br>COURTROOM: N/A |

　　　Plaintiff United States of America and claimants Robert Thompson and Jacqueline Thompson ("Claimants") jointly request that the stay of further proceedings originally entered in this case on December 22, 2009, be extended an additional six months to September 27, 2010.

　　　The criminal investigation against claimants is ongoing. Accordingly, the parties contend that proceeding with this action

at this time potentially has adverse affects on the related investigation and/or upon claimants' ability to prove their claims to the property and to contest the government's allegations that the property is forfeitable.  For these reasons, the parties request that this matter be stayed for an additional six months.  At that time the parties will advise the Court whether a further stay is necessary.

Dated: March 26, 2010                 BENJAMIN B. WAGNER
                                      United States Attorney

                                By    /s/ Kristin S. Door
                                      KRISTIN S. DOOR
                                      Assistant U.S. Attorney
                                      Attorneys for claimant
                                      United States of America

Dated: March 26, 2010
                                      /s/ Stephen A. Munkelt (as
                                      authorized on 3/26/10)
                                      STEPHEN A. MUNKELT
                                      Attorney for claimants
                                      Robert Thompson and Jacqueline
                                      Thompson

**ORDER**

For the reasons set forth above and in the Joint Status Report and Stipulation for Stay filed on December 22, 2009, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) until **September 27, 2010**.  On or before September 27, 2010, the parties will advise the court whether a further stay is necessary.

IT IS SO ORDERED.

Dated: March 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE