BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-cv-02926 FCD DAD |
| Plaintiff, | STIPULATION TO EXTEND STAY; **ORDER** |
| v. | |
| 2006 HAULMARK FEATHERLITE TRANSPORT DLX TRAILER, VIN: 16HGB18236U046824, CALIFORNIA LICENSE NO: 4GK3664, | DATE: N/A<br>TIME: N/A<br>COURTROOM: N/A |
| 2006 HAULMARK FEATHERLITE TRANSPORT DLX TRAILER, VIN: 16HGB18206U049373, CALIFORNIA LICENSE NO: 4GU3031, and | |
| 2004 TOYOTA TACOMA SR5 TRUCK, VIN: 5TEWN72N04Z464442, CALIFORNIA LICENSE NO: 7P49605, | |
| Defendants. | |

Plaintiff United States of America and claimants Robert Thompson and Jacqueline Thompson ("Claimants") jointly request that the stay of further proceedings originally entered in this case on December 22, 2009, be extended an additional three months to December 27, 2010.

The criminal investigation against claimants is ongoing. Accordingly, the parties contend that proceeding with this action

at this time potentially has adverse affects on the related investigation and/or upon claimants' ability to prove their claims to the property and to contest the government's allegations that the property is forfeitable.  For these reasons, the parties request that this matter be stayed for an additional three months.  At that time the parties will advise the Court whether a further stay is necessary.

Dated: September 27, 2010            BENJAMIN B. WAGNER
                                     United States Attorney

                                By   /s/ Kristin S. Door
                                     KRISTIN S. DOOR
                                     Assistant U.S. Attorney
                                     Attorneys for plaintiff
                                     United States of America

Dated: September 27, 2010
                                     /s/ Stephen A. Munkelt
                                     (As authorized on 9/27/2010)
                                     STEPHEN A. MUNKELT
                                     Attorney for claimants
                                     Robert Thompson and Jacqueline
                                     Thompson

**ORDER**

For the reasons set forth above and in the Joint Status Report and Stipulation for Stay filed on December 22, 2009, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) until **December 27, 2010**.  On or before December 27, 2010 the parties will advise the court whether a further stay is necessary.

IT IS SO ORDERED.

Dated: September 27, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE