```
BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>2005 HAULMARK FEATHERLITE TRANSPORT DLX TRAILER, VIN: 16HGB18226U049374, CALIFORNIA LICENSE NO: 4GU3271[1],<br><br>2006 HAULMARK FEATHERLITE TRANSPORT DLX TRAILER, VIN: 16HGB18206U049373, CALIFORNIA LICENSE NO: 4GU3031, and<br><br>2004 TOYOTA TACOMA SR5 TRUCK, VIN: 5TEWN72N04Z464442, CALIFORNIA LICENSE NO: 7P49605,<br><br>    Defendants. | 2:09-CV-02926-FCD-DAD<br><br>***AMENDED* APPLICATION AND ORDER FOR PUBLICATION** |

    The United States of America, Plaintiff herein, applies for an order of publication as follows:

    1.  Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause

---

[1] The *Amended* Application and Order for Publication is being filed solely to correct identifying information for the first defendant listed in the caption above.

public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

    2.   Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

    3.   The defendant 2005 Haulmark Featherlite Transport DLX Trailer, VIN: 16HGB18226U049374, California License No: 4GU3271, and the defendant 2006 Haulmark Featherlite Transport DLX Trailer, VIN: 16HGB18206U049373, California License No: 4GU3031, (hereafter "defendant trailers") were seized in the city of Nevada City, Nevada County, California.  The defendant 2004 Toyota Tacoma SR5 Truck, VIN: 5TEWN72N04Z464442, California License No: 7P49605 (hereafter "defendant vehicle") was seized in the city of Smartville, in Nevada County, California.  The Drug Enforcement Administration published notice of the non-judicial forfeiture of the defendant trailers on July 20, 27 and August 3, 2009, in *The Wall Street Journal*.  The Drug Enforcement Administration published notice of the non-judicial forfeiture of the defendant vehicle on July 13, 20 and 27, 2009, in *The Wall Street Journal*.

    4.   Plaintiff proposes that publication be made as follows:

        a.   One publication;

        b.   Thirty (30) consecutive days;

        c.   On the official internet government forfeiture site www.forfeiture.gov;

        d.   The publication is to include the following:

            (1)   The Court and case number of the action;

*Amended* Application and Order for Publication

        (2)    The date of the seizure/posting;

        (3)    The identity and/or description of the property seized/posted;

        (4)    The name and address of the attorney for the Plaintiff;

        (5)    A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

        (6)    A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 11/22/2010        BENJAMIN B. WAGNER
                         United States Attorney

                         By: /s/ Kristin S. Door
                            KRISTIN S. DOOR
                            Assistant U.S. Attorney

**ORDER**

    IT IS SO ORDERED.

DATED: November 30, 2010.

                            _/s/ Dale A. Drozd_
                            DALE A. DROZD
Ddad1\orders.civil\          UNITED STATES MAGISTRATE JUDGE
USv2006Haulmark2926.ord2.pub

*Amended* Application and Order for Publication