```
BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR,
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:09-CV-02926 FCD-DAD |
| ) | |
| Plaintiff, ) | STIPULATION TO EXTEND |
| ) | STAY; **ORDER** |
| v. ) | |
| ) | |
| 2006 HAULMARK FEATHERLITE TRANSPORT ) | |
| DLX TRAILER, VIN: 16HGB18236U046824, ) | DATE: N/A |
| CALIFORNIA LICENSE NO: 4GK3664, ) | TIME: N/A |
| ) | COURTROOM: N/A |
| 2006 HAULMARK FEATHERLITE TRANSPORT ) | |
| DLX TRAILER, VIN: 16HGB18206U049373, ) | |
| CALIFORNIA LICENSE NO: 4GU3031, and ) | |
| ) | |
| 2004 TOYOTA TACOMA SR5 TRUCK, VIN: ) | |
| 5TEWN72N04Z464442, CALIFORNIA ) | |
| LICENSE NO: 7P49605, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff United States of America and claimants Robert Thompson and Jacqueline Thompson ("Claimants") jointly request that the stay of further proceedings originally entered in this case on December 22, 2009, be extended an additional three months to March 25, 2011.

The criminal investigation against claimants is ongoing. Accordingly, the parties contend that proceeding with this action

1  at this time potentially has adverse affects on the related
2  investigation and/or upon claimants' ability to prove their
3  claims to the property and to contest the government's
4  allegations that the property is forfeitable.  For these reasons,
5  the parties request that this matter be stayed for an additional
6  three months.  At that time the parties will advise the Court
7  whether a further stay is necessary.
8  Dated: 1/5/11                         BENJAMIN B. WAGNER
                                          United States Attorney
9
10                                        By   /s/ Kelli L. Taylor
                                          KELLI L. TAYLOR
11                                        Assistant U.S. Attorney
12
13 Dated: 1/5/2011                        /s/ Stephen A. Munkelt
                                          STEPHEN A. MUNKELT
14                                        Attorney for claimants
                                          Robert Thompson and Jacqueline
15                                        Thompson
                                          (Original signature retained
16                                        by attorney)
17                                **ORDER**
18      For the reasons set forth above and in the Joint Status
19 Report and Stipulation for Stay filed on December 22, 2009, this
20 matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2)
21 until March 25, 2011. On or before March 25, 2011, the parties
22 will advise the court whether a further stay is necessary.
23      IT IS SO ORDERED.
24 Dated: January 5, 2011
25
26                                        FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE
27
28